Adam B. Nach – 013622
Jonathan Simon – 029750
**LANE & NACH, P.C.**
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Diane M. Mann, Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHAEL EDMOND BURKE,<br><br>Debtor.<br><br>DIANE M. MANN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRA FAIR and JANE DOE FAIR, spouses,<br><br>Defendants. | (Chapter 7 Case)<br><br>Case No. 2:17-bk-13968-EPB<br><br>*Adv. No. 2:18-ap-00123-EPB*<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Deborah J. McKernan, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Plaintiff, and in accordance with Federal Rules of Bankruptcy Procedure 7004 and 7005, hereby certify that on April 3, 2018, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, the *Summons in an Adversary Proceeding* and a copy of the *Adversary Complaint* and such documents were mailed as follows:

Andra Fair
16174 W. Hilton Ave.
Goodyear, AZ 85338

DATED: April 3, 2018.

*/s/ Deborah McKernan*
Deborah McKernan