Adam B. Nach - 013622
Jonathan C. Simon – 029750
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Plaintiff/Judgment Creditor*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MICHAEL EDMOND BURKE, | Case No. 2:17-bk-13968-EPB |
| Debtor. | *Adv. No. 2:18-ap-00123-EPB* |
| | **APPLICATION FOR WRIT OF GARNISHMENT AND SUMMONS** |
| DIANE M. MANN, CHAPTER 7 TRUSTEE, | |
| Plaintiff /Judgment Creditor, | **(NON-EARNINGS)** |
| vs. | |
| ANDRA FAIR and JANE DOE FAIR, spouses, | |
| Defendants/Judgment Debtor, | |
| WELLS FARGO BANK, N.A., | |
| Garnishee. | |

Diane M. Mann, Chapter 7 Trustee and Plaintiff/Judgment Creditor herein by and through her attorneys undersigned, hereby applies, pursuant to A.R.S. §12-1572, for a Writ of Garnishment of Andra Fair ("**Judgment Debtor**"). In support hereof, Diane M. Mann, respectfully represents:

1. Michael Edmond Burke ("**Debtor**") in the above referenced bankruptcy case filed a voluntary petition under Chapter 7 of Title 11, United States Code, on November 27, 2017.

2. Diane M. Mann is the duly appointed and acting Trustee in the administrative matter and Plaintiff/Judgment Creditor in this adversary matter ("**Judgment Creditor**").

3.  This Court entered a Default Judgment in favor of Judgment Creditor in the above-captioned adversary proceeding on May 30, 2018, in the principal sum of $48,000.00. Interest on the Judgment accrues at the rate set forth in 28 U.S.C. §1961, until paid.

4.  Despite demand by Judgment Creditor, Judgment Debtor has failed and continues to fail to pay the amount due under the Judgment or any portion thereof.

5.  The total amount of $48,000.00 remains due and owing to the Judgment Creditor from the Judgment Debtor.

6.  Upon information and belief, Wells Fargo Bank, N.A. ("**Garnishee**") is indebted to the Judgment Debtor for (a) monies which are not earnings; or (b) the Garnishee is holding non-exempt monies on behalf of the Judgment Debtor; or (c) the Garnishee has in its possession non-exempt personal property belonging to the Judgment Debtor; or (d) the Garnishee is a corporation and the Judgment Debtor is the owner of shares in such corporation, or has a proprietary interest in the corporation.

7.  The name and address of Garnishee is:

Wells Fargo Bank, N. A.
Attn: Legal Processing/ Levy Dept.
100 W. Washington Street
Phoenix, Arizona 85003

WHEREFORE, Diane M. Mann, Judgment Creditor herein, respectfully requests that this Court issue a Writ of Garnishment and Summons (Non-Earnings) of Andra Fair, Judgment Debtor, as satisfaction of debt to the above referenced bankruptcy estate in the amount of $48,000.00.

RESPECTFULLY SUBMITTED this 1st day of August, 2018.

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach - 013622*
  Adam B. Nach
  Jonathan C. Simon
  *Attorneys for Plaintiff/ Judgment Creditor*

2