IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

76255618
NOTARY

In re:

MICHAEL EDMOND BURKE,

    Debtor.

---

DIANE M. MANN, CHAPTER 7 TRUSTEE,

    Plaintiff/ Judgment Creditor,

vs.

ANDRA FAIR and JANE DOE FAIR, spouses,

    Defendants/ Judgment Debtor,

WELLS FARGO BANK, N.A.,

    Garnishee.

(Chapter 7 Case)

Case No. 2:17-bk-13968-EPB

*Adv. No. 2:18-ap-00123-EPB*

GARNISHEE'S ANSWER

(NON-EARNINGS)

FILED
AUG 1 4 2018
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

I am the above named Garnishee or am authorized by the Garnishee to complete this Answer on its behalf, regarding the Writ of Garnishment served on Garnishee on this date: **8/6/2018**

1. Was the Garnishee indebted to or otherwise in possession of monies of the Judgment Debtor at the time the Writ was served?

    [ ] Yes [X] No

2. What is the total amount of indebtedness or monies of the Judgment Debtor in the possession of the Garnishee at the time the Writ was served? $_____ **No account found**

3. What is the total amount of indebtedness or monies of the Judgment Debtor withheld by the Garnishee pursuant to the Writ? $_____ **No account found**

4. What is the amount of indebtedness or monies of the Judgment Debtor not withheld by the Garnishee, and the reason for not withholding?

3

(a) Amount of Indebtedness not Withheld: $ _____ ; *No account found*
(b) Reason for not Withholding:

5. At the time the Writ of Garnishment was served upon Garnishee, did Garnishee have possession of personal property of the Judgment Debtor?

[ ] Yes [X] No

If yes, describe each item, or group of items, of personal property:

6. Please list all items of personal property withheld by the Garnishee pursuant to the Writ:

**N/A**

7. Based upon Garnishee's knowledge, is another person or entity indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor?

[ ] Yes [X] No

If yes, give names and addresses:

8. If Garnishee is a corporation, does Judgment Debtor have now, or at the time the Writ was served, any stocks, bonds, options or other interest in the Corporation?

[ ] Yes [ ] No
**UNKNOWN**

If yes, state the NUMBER AND TYPE of shares owned by the Judgment Debtor, and a DESCRIPTION of any other interest the Judgment Debtor owns in the Garnishee Corporation as of the date the Writ was served, as shown on the Corporation's records:

9. Did Garnishee answer "YES" to either question # 2 or # 6?

[ ] Yes [X] No

Court award Garnishee reasonable compensation in the amount of $ 0 .

STATE OF ARIZONA )
)ss.
County of ____MARICOPA____ )

GARNISHEE:

_____ AUG 1 0 2018
[Signature]

Melanie Sternberg
Agent
_____
[Printed Name]

WELLS FARGO BANK
LEVY PROCESSING
MAC S4001-01E
[Address] P.O. BOX 29779
PHOENIX, AZ 85038-9779
PHONE: 480-724-2000
FAX: 866-670-1561

_____
[City]          [State]          [Zip]

_____
[Daytime Phone] and [Fax Number]

SUBSCRIBED AND SWORN this date: AUG 1 0 2018

_____
Notary Public

My commission expires:

_____

*[Notary Seal: NATASHA TAYLOR, NOTARY PUBLIC, MARICOPA COUNTY, ARIZONA, COM. EXP. 05-21-2022]*

6

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | TONY PINKOWSKI |
| Debtor 2 (Spouse, if filing) | BETHANY AMBER PINKOWSKI |
| United States Bankruptcy Court for the: | District of ARIZONA (State) |
| Case number | 2:18-bk-07364-MCW |

FILED

AUG 1 3 2018

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
United Resource Systems
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  Rocky Mountain Holdings LLC

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? Rocky Mountain Holdings LLC

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

United Resource Systems
Name
3501 S Teller St
Number    Street
Lakewood CO 80235
City    State    ZIP Code

Contact phone  303-205-0152
Contact email  jgant@emailurs.com

Where should payments to the creditor be sent? (if different)

Name
Number    Street
City    State    ZIP Code
Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                     MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1