Adam B. Nach - 013622
Jonathan C. Simon – 029750
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Plaintiff/Judgment Creditor*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>MICHAEL EDMOND BURKE,<br>Debtor.<br><br>DIANE M. MANN, CHAPTER 7 TRUSTEE,<br>Plaintiff /Judgment Creditor,<br>vs.<br>ANDRA FAIR and JANE DOE FAIR, spouses,<br>Defendants/Judgment Debtor,<br>USAA FEDERAL SAVINGS BANK,<br>Garnishee. | (Chapter 7 Case)<br><br>Case No. 2:17-bk-13968-EPB<br><br>*Adv. No. 2:18-ap-00123-EPB*<br><br>**MOTION TO QUASH<br>WRIT OF GARNISHMENT** |

Diane M. Mann, Chapter 7 Trustee and Plaintiff/Judgment Creditor herein, by and through her attorneys undersigned, herein moves this Court to quash the Writ of Garnishment previously issued on August 30, 2018 [Dkt. 31].

The Answer of Garnishee provides there were not enough funds in the Debtor's account to allow for withholding at the time of service.

RESPECTFULLY SUBMITTED this 19th day of September, 2018.

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach - 013622*
      Adam B. Nach
      Jonathan C. Simon
      *Attorneys for Plaintiff/ Judgment Creditor*

| | |
|---|---|
| 1 | COPY of the foregoing delivered via first class mail to: |
| 2 | |
| 3 | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, Texas 78288 |
| 4 | *Garnishee* |
| 5 | By: */s/ Debbie McKernan* |